JS-6

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJAN MARKOVIC, an individual, & DARLYNNE MARKOVIC, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY CREDITOR SERVICE, INC.,<br><br>Defendants. | Case No.: 2:15-cv-02066-AB-PLA<br><br>[~~PROPOSED~~] **ORDER ON PLAINTIFFS' JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Joint Motion of Plaintiffs herein, per Rule 41(a)(1)(A)(i), the Court orders this matter dismissed with prejudice, and all future hearing dates and deadlines are hereby vacated.

IT IS SO ORDERED.

DATED: APRIL 22, 2015

_____,
ANDRÉ BIROTTE JR.
JUDGE, U.S. DISTRICT COURT

1